UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM JAMES,<br><br>             Petitioner,<br><br>  vs.<br><br>WASHINGTON STATE,<br><br>             Respondent. | NO.  CV-08-038-FVS<br><br>ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING PETITION |

By Order filed May 8, 2008, the court directed Mr. James to either pay the $5.00 filing fee or provide a certificate from the warden of the Grant County Jail stating the balance of his inmate account as required by Rule 3(a)(2), Rules Governing Section 2254 Cases in the United States District Courts.  A copy of the Order, sent to Mr. James at the Grant County Jail, was returned with the notation the inmate is no longer in custody.

Mr. James has not kept the court apprised of a current address and he has filed nothing further in this action.  Accordingly, **IT IS ORDERED** Petitioner's application to proceed *in forma pauperis* (Ct. Rec. 1) is **DENIED** for failure to comply with Habeas Rule 3(a)(2).  **IT IS FURTHER ORDERED** the Petition is **DISMISSED** for lack of personal jurisdiction under Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; *Stanley v. California Supreme*

ORDER DISMISSING PETITION -- 1

*Court,* 21 F.3d 359, 360 (9th Cir. 1994).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his last known address and close the file.

**DATED** this   16th   day of July 2008.


                              s/ Fred Van Sickle
                            FRED VAN SICKLE
                   SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION -- 2