AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

William James

JUDGMENT IN A CIVIL CASE

v.

State of Washington

CASE NUMBER: CV-08-038-FVS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED Petitioners application to proceed in forma pauperis (Ct. Rec. 1) is DENIED for failure to comply with Habeas Rule 3(a)(2). IS FURTHER ORDERED the Petition is DISMISSED for lack of personal jurisdiction under Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

July 16, 2008

*Date*

JAMES R. LARSEN

*Clerk*

s/ Vikki Johnson

*(By) Deputy Clerk*

Vikki Johnson